IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LAURA CISTRUNK                                                                           PLAINTIFF

VS.                                          CASE NO. 1:20CV031-GHD-RP

CHOCTAW REGIONAL MEDICAL CENTER,
JIMMIE OWENS, INDIVIDUALLY; AND
MONETTE PEARSON, INDIVIDUALLY                           DEFENDANT

## AGREED ORDER OF DISMISSAL

THIS MATTER, having come before the Court on the motion *ore tenus* of all parties herein, and the Court, having considered said motion and being advised that the parties have reached a settlement of all claims and otherwise agree that this matter be dismissed, does hereby find that Plaintiff Laura Cistrunk's Complaint filed against all Defendants is dismissed with prejudice; it is further ordered that each party is responsible for their respective costs herein.

SO ORDERED, this 14th day of August, 2020.

_____
SENIOR U.S. DISTRICT JUDGE


**AGREED:**

BY: */s/ Louis H. Watson, Jr.*
Louis H. Watson, Jr. (MSB#)
Attorney for Plaintiff
louis@watsonnorris.com


By: */s/ Randall E. Day, III*
Randall E. Day, III (MSB# 9722)
Attorney for Defendants
**rday@cctb.com**